HILTON ACRES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN N. KLEIN, MAYOR, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Frank C. Scerbo* and *Mr. Herbert S. Glickman* for the petitioners.

*Messrs. Barrett & Miller* for the respondents.

February 27, 1961.   Granted.

HELEN BUYACHEK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARY NEWMAN, DEFENDANT-PETITIONER.

*Mr. Albert M. Neiss, Mr. Abraham I. Harkavy* and *Mr. Jerome S. Lieb* for the petitioner.

*Messrs. Pincus, Shamy & Sheehan* for the respondents.

February 27, 1961.   Denied.